UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT PAUL SHARPE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| DAVINCI AEROSPACE, LLC, THE DAVINCI | ) | |
| COMPANY, LLC, and DAVID M. SHOAF, | ) | 7:24-CV-846-BO |
| | ) | |
| Appellees, | ) | |
| | ) | |
| ALGERNON L. BUTLER, | ) | |
| | ) | |
| Trustee. | ) | |

**Decision by Court.**

This cause comes before the Court on a motion by appellee Daniel M. Shoaf to dismiss, a recommendation by the Bankruptcy Court for dismissal, and a motion by appellant to stay.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court lacks jurisdiction to consider this appeal. The motion to dismiss [DE 4] is GRANTED. The motion to stay [DE 7] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on April 30, 2025, and served on:**

Robert Paul Sharpe (via CM/ECF Notice of Electronic Filing)
Charles M. Ivey, III (via CM/ECF Notice of Electronic Filing)
Elizabeth Castle Taylor (via CM/ECF Notice of Electronic Filing)
Algernon L. Butler (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

April 30, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk